AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

RECD AND FILED #2

2014 MAY 22  AM 9:0(

*Recd USMS*
*MAY 2 2 2014*

| | |
|---|---|
| United States of America<br>v.<br>Reginald Wayne Miller | )<br>)<br>)<br>)<br>)<br>) |

Case No. 4:14 mj C6

_____
Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Reginald Wayne Miller
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

  forced labor

Date:  May 21, 2014

City and state:    Florence, South Carolina

_____
*Issuing officer's signature*

Thomas E. Rogers, III, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* MAY 2 2 2014 , and the person was arrested on *(date)* 5/22/14<br>at *(city and state)* Florence, SC .<br><br>Date: 5/22/14          SA Christopher Hanuland HSI<br>*Arresting officer's signature*<br><br>Jely: Moses, IRS<br>*Printed name and title* |