IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 4:14cr409 |
| | ) | 18 U.S.C. § 1589(a) |
| vs. | ) | |
| REGINALD WAYNE MILLER | ) | **INDICTMENT** |

COUNT 1

THE GRAND JURY CHARGES:

Between September 5, 2013 and May 22, 2014, in the District of South Carolina, the Defendant, REGINALD WAYNE MILLER, did knowingly provide and obtain the labor and services of an individual known to the Grand Jury as "John Doe #1," by means of the abuse and threatened abuse of law and legal process;

In violation of Title 18, United States Code, Section 1589(a).

RECEIVED
USDC. CLERK GREENVILLE, SC
2014 JUN 10 PM 12:22

COUNT 2

THE GRAND JURY FURTHER CHARGES:

Between July 19, 2012 and May 22, 2014, in the District of South Carolina, the Defendant, REGINALD WAYNE MILLER, did knowingly provide and obtain the labor and services of an individual known to the Grand Jury as "John Doe #2," by means of the abuse and threatened abuse of law and legal process;

In violation of Title 18, United States Code, Section 1589(a).

A TRUE Bill

FOREPERSON

WILLIAM N. NETTLES (CFS/td)
UNITED STATES ATTORNEY