RECORD OF GRAND JURY BALLOT

C/ 4:14cr409

THE UNITED STATES OF AMERICA v. REGINALD WAYNE MILLER

(SEALED UNTIL FURTHER ORDER OF THE COURT)